

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
9/30/2015 9:29:39 AM
CHRISTOPHER A. PRINE
Clerk

## John D. Kinard

**DISTRICT CLERK**
**GALVESTON COUNTY, TEXAS**

September 30, 2015

Fourteenth Court of Appeals
Christopher Prine Clerk of Court
301 Fannin Suite 245
Houston TX 77002

### NOTICE OF ASSIGNMENT ON APPEAL

IN RE: Cause No**. 14-CV-1095,** Styled **Gerald Ricks vs. Anthony Gunn-** Filed in **405th District Court** of Galveston County, Texas

Dear Clerk:

Please find enclosed a copy of the notice of appeal filed in the above case.  This case is assigned to the **14th** Court of Appeals, Houston, Texas.

Please note the following information:
Date of Appealable Order or Judgment: **September 04, 2015**
Notice of Appeal: **September 28, 2015**
Motion for New Trial filed: **August 31, 2015**
Request for Finding of Facts and Conclusions of Law filed: **None Filed**
Trial Judge: **Michelle Slaughter**
Court Reporter: **Cylena Korkmas**

Request is hereby made that all parties immediately file any designation of material to be included in the Clerk's record. Any Motions for Extension of Time to file the record on appeal must be filed directly with the Court of Appeals A copy of this assignment letter is being mailed to all counsel of record. Please file mark the additional copy of this letter and return the same to my office.

Sincerely,

**John D. Kinard**
 **District Clerk**
**Galveston County, Texas**

By: /s/   Linda Scott**,** Deputy

*600 59ᵗʰ Street, Room 4001, Galveston County Justice Center, Galveston, Texas 77551-2388*
*Phone (409) 766-2424 Fax (409) 766-2292*

Copy sent to

Gerald Lee Ricks, Pro Se
c/o ML 048 - #1049115
3001 South Emily Drive
Beeville TX  78102

Kenneth D McConnico
Attorney for Anthony D. Gunn
830 Apollo
Houston TX  77058-0000

Cylena Korkmas, Court Reporter
**HAND DELIVERED**

CAUSE NO. 14-CV-1095

| GERALD LEE RICKS, | § | IN THE JUDICIAL COURT |
| Plaintiff | § | |
| vs. | § | 405TH DISTRICT COURT |
| ANTHONY D. GUNN | § | |
| Defendant | § | GALVESTON COUNTY, TEXAS |

## PLAINTIFF'S NOTICE OF APPEAL

1. Plaintiff, Gerald Lee Ricks, desires to appeal from the Order Denying Plaintiff's Motion For New Trial signed on September 4, 2015.

2. Plaintiff appeals to either the First or Fourteenth Court of Appeals.

3. Plaintiff has previously filed an Original Writ of Mandamus related to this appeal in the Fourteenth Court of Appeals. No. 14-15-00524-CV; 405th District Court, Galveston County, Texas; Trial Court No. 15-CV-1095.

4. This is not an accelerated appeal.

Mr. Gerald Lee Ricks
c/o ML 048 - (#1049115)
3001 South Emily Drive
Beeville, Texas 78102

post mark 9/24/15

14-CV-1095
DCNOA
Notice of Appeal
1107094

## CERTIFICATE OF SERVICE

I, Gerald Lee Ricks, certify and verify a true and correct copy of the foregoing instrument was served on counsel for defendant at: Mr. Kennetrh D. McConnico, Attorney-At-Law, 830 Apollo, Houston, Texas 77058, by delivering same, via U.S. mail, postage prepaid. Executed on this the 23rd day of September 2015.

Mr. Gerald Lee Ricks
Plaintiff Pro Se

STATE OF TEXAS        §

                      §        VERIFICATION

COUNTY OF BEE

My name is Gerald Lee Ricks, I am over the age of 18 years of age, of sound mind and capable of making this verification. The facts stated herein are within my personal knowledge and are true and correct.

I, Gerald Lee Ricks, bring presently incarcerated at the William G. McConnell Unit of the Texas Department of Criminal Justice Institutional Division, declare under penalty of perjury that the facts stated herein are true and correct.

Mr. Gerald Lee Ricks
Plaintiff Pro Se
c/o ML 048 - (#1049115)
3001 South Emily Drive
Beeville, Texas 78102

Mr. Gerald Lee Ricks
c/o ML 048 - (#1049115)
-------
3001 South Emily Drive * Beeville, Texas 78102

15 SEP 28 PM 12: 08

*[signature]*

DISTRICT CLERK
GALVESTON COUNTY, TEXAS

Hon. John D. Kinard
Galveston Co. Dist. Clerk
600 59th Street, Ste. 4001
Galveston, Texas
                77550           September 23, 2015


        Re: Notice of Appeal
            Cause No. 14-CV-1095
            Styled As: Ricks v. Gunn


Dear Hon. Kinard:

        Enclosed please find the original Plaintiff's Notice of Appeal to be filed and brought to the attention of the Court as your schedule permits.

        Please indicate the date of filing on the enclosed copy of this letter and return it tome in the self-addressed stamped envelope I have provided for that purpose.

        Lastly, please do not hesitate to contact me should either you or the Court discover any defects in this filing. I trust I have succeeded in using the correct Cause No.

        Thanking you in advance for your valued assistance and timely response, I close and remain


Sincerely,

*[signature]*

Mr. Gerald Lee Ricks
Plaintiff Pro Se


cc:file